**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

BRUCE PETERSON,                                          Civil No. 06-1387  (JRT/SRN)

    Petitioner,

    v.                                                  **ORDER**

R.L. MORRISON, Warden,
FEDERAL BUREAU OF PRISONS,

    Respondents.

Bruce Peterson, #07545-089, DFPC, PO Box 1000, Duluth, MN 55814, petitioner *pro-se*.

Henry J. Shea, III, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation (Docket No. 6) of United States Magistrate Judge Susan Richard Nelson dated July 12, 2006.  No objections have been filed to that Amended Report and Recommendation in the time period permitted.   Based upon the Report and Recommendation of the Magistrate Judge and all of the files and records herein,

    **IT IS HEREBY ORDERED that**:

1.    Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED in part as moot**, in light of the BOP's policy change of assigning prisoners to CCCs without regard to 28 C.F.R. §§ 570.20 and 570.21 and **DENIED in part**, to the extent that it seeks

immediate transfer to a CCC; and

2.      Petitioner's petition is dismissed.


DATED: August 7, 2006                         s/John R. Tunheim_____
at Minneapolis, Minnesota                     JOHN R. TUNHEIM
                                              United States District Judge